# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| KAREL SPIKES, | Case No. 19-cv-1604-MMA (WVG) |
|---|---|
| Plaintiff, | **ORDER RE CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| ROSAM, LLC; and THE PAWNSHOP, INC., | [Doc. No. 12] |
| Defendants. | |

The parties have signed the following consent to jurisdiction by a United States Magistrate Judge:

The parties, having settled this case, by signing below further voluntarily consent to the jurisdiction of United States Magistrate Judge William V. Gallo, **until March 1, 2021**, to:
    (1) enter final judgment;
    (2) decide all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,
    (3) decide all disputes arising out of the terms of the settlement agreement once completed;
AND, that any decision by the Magistrate Judge regarding any such dispute(s), 2 or 3, above, shall be **FINAL AND BINDING, WITH NO**

**APPEAL**. The intent of the parties is to provide the Magistrate Judge plenary authority to achieve finality regarding disputes between/among the parties, to reduce the risk of future litigation, minimize expense, and afford a venue for the parties to solve disputes with a minimum of expense.

Doc. No. 12.

Accordingly, the Court **ORDERS** that this case be referred to the Honorable William V. Gallo, United States Magistrate Judge, for all settlement proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73 and the foregoing consent of the parties.

**IT IS SO ORDERED**.

Dated: February 14, 2020

*[signature]*

Hon. Michael M. Anello
United States District Judge